ACCEPTED
14-14-00994-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 4:46:35 PM
CHRISTOPHER PRINE
CLERK

**CASE NO. 14-14-00994-CV**

**IN THE FOURTEENTH COURT OF APPEALS**

**HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 4:46:35 PM
CHRISTOPHER A. PRINE
Clerk

**ANDREW T. VO, INDIVIDUALLY AND D/B/A LARRY VO, VIET LE, TAM VAN LE AND VO-LE, INC.**

*Appellants,*

**V.**

**HO KIM DOAN**

*Appellee.*

**ON APPEAL FROM THE 129TH JUDICIAL DISTRICT IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS CASE NO. 2007-19358**

**APPELLANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL BRIEF**

Marguerite K. Kingsmill (Bar No. 00788902)
Christy R. Bergeron (Bar No. 24044582)
Thomas P. Henican (Bar No. 24075926)
KINGSMILL RIESS, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Telecopier: (504) 581-3310
*Attorneys for Appellants, Andrew T. Vo d/b/a Larry Vo, Andrew T. Vo, Viet Le, Tam Van Le and Vo-Le Inc.*

1

**TO THE HONORABLE FOURTEENTH COURT OF APPEALS:**

Pursuant to Tex. R. App. P., 10.1, 10.5(b) and 38.6(d), appellants, Andrew T. Vo, individually and d/b/a Larry Vo, Viet Le, Tam Van Le and Vo-Le, Inc. (collectively, "Appellants"), file this first and unopposed motion for a thirty-day extension of time to file their original brief, and in support of this Motion, respectfully submit the following:

Appellants' original brief is currently due on July 9, 2015.

Appellants request a thirty (30) day extension of time to file their brief, making the brief due on August 8, 2015. This is the first request for extension of time to file their original brief, or any brief in this Court.

Counsel for Appellants relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice and in handling his current heavy caseload, to explain the need for the requested extension:

Undersigned counsel, Thomas P. Henican, has been the primary handling attorney for Appellants in this case. Over the past few months, he has been dealing with serious medical issues and emergencies involving his father, C. Ellis Henican, Jr., who is battling cancer and heart problems, which have adversely impacted the preparation of Appellants' original brief;

Chuck Colvin, another attorney employed by Kingsmill Riess, the law firm representing Appellants, is battling throat cancer, which has resulted in his being unable to work for extended periods of time and increased the caseload for other attorneys associated with the firm, including undersigned counsel, and further impacted preparation of Appellants' original brief;

Counsel for Appellants has been preparing appellate briefs in the following cases:

2

*Blake International U.S.A. Rigs, L.L.C. v. State of Louisiana, Directly and Through The Louisiana Department of Economic Development,* No. 2015-CA-0164, First Circuit Court of Appeal, State of Louisiana; and

*Cashman Equipment Company v. Boh Bros. Construction Co., L.L.C.,* No. 15-30038, in the United States Court of Appeals for the Fifth Circuit.

In addition, undersigned counsel is lead/handling attorney in the following federal cases which are set for trial in October and November, 2015, respectively:

*Cross Holdings, Inc. v. LLFC Corporation and Laserline Lease Finance Corporation,* Civil Action No. 2:15-cv-00651, Section "I", Mag. (3), United States District Court, Eastern District of Louisiana; and

*Michelle Collins, individually and as Personal Representative of Decedent, Michael Collins v. A.B.C. Marine Towing, L.L.C. and Board of Commissioners Port of New Orleans,* Civil Action No. 2:14-cv-1900 C/W 2:14-cv-2100, Section "L", Mag. (3), United States District Court, Eastern District of Louisiana.

Counsel for Appellants seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel for Appellee, and he has indicated that he/his client does not oppose this motion. All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**CERTIFICATE OF CONFERENCE**

I certify that on July 2, 2015, I conferred with counsel for Appellee regarding this motion and that Appellee is not opposed to this motion.

*Thomas P. Henican*
Thomas P. Henican, Counsel for Appellants

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2015, I mailed a copy of this motion to the following counsel by First Class U.S. Mail and/or forwarded a copy via e-mail:

| | |
|---|---|
| Mark T. Murray | Robert S. Kwok |
| Stevenson & Murray | William W. Hoke |
| 24 Greenway Plaza, Suite 750 | Robert Kwok & Associates, L.L.P. |
| Houston, Texas 77046 | 6588 Corporate Dr., Suite 300 |
| | Houston, TX 77036 |

*Thomas P. Henican*
Thomas P. Henican, Counsel for Appellants

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellants requests that this Honorable Court grant this Appellants' First Unopposed Motion for Extension of Time to File Original Brief and extend the deadline for filing the Appellants' original brief up to and including August 8, 2015. Appellants pray for all other relief to which they may be entitled.

S:\Vo - 1191\001 Doan\Pleadings - 14th Ct of Appeals No. 14-14-00994-CV\150702 Motion for Extension of Time to File Brief.docx

Respectfully submitted:

By: *Thomas P. Henican*

Marguerite K. Kingsmill (Bar No. 00788902)
Christy R. Bergeron (Bar No. 24044582)
Thomas P. Henican (Bar No. 24075926*)*
KINGSMILL RIESS, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone:  (504) 581-3300
Telecopier:  (504) 581-3310
***Attorneys for Appellants, Andrew T. Vo d/b/a Larry Vo, Andrew T. Vo, Viet Le, Tam Van Le and Vo-Le Inc.***

5